UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ANAYA, ISAMAR PENA MORALES,
and GENARA VELOZ,

                              Plaintiffs,

          -against-

ELEVATION CARRIER INC., CARGO
SPED LLC, and ALEKSANDER MILKOV,

                              Defendants.

Case No. 1:26-cv-01450 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiffs Luis Anaya, Isamar Pena Morales, and Genara Veloz (together, "Plaintiffs")

initially filed this action in New York State Court on December 9, 2025. *See* Dkt. 1 at 6. On

February 20, 2026, Defendants Elevation Carrier Inc., Cargo Sped LLC, and Aleksander Milkov

(together, "Defendants") removed the action to this Court. *See generally id.* On March 9, 2026,

Defendants filed an Answer. *See* Dkt. 2. To date, however, Plaintiffs have not appeared.

Plaintiffs shall enter a notice of appearance by **May 27, 2026**. Their failure to do so may

result in the dismissal of this action, without further notice, for failure to prosecute. *See* Fed. R.

Civ. P. 41(b); *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001). Counsel for

Defendants shall serve this Order upon Plaintiffs, and shall file proof of such service, by **May**

**20, 2026**.

Dated: May 13, 2026
        New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_
                                        JENNIFER L. ROCHON
                                        United States District Judge