UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ANAYA, et al.,

                              Plaintiffs,

          -against-

ELEVATION CARRIER INC., et al.,

                              Defendants.

Case No. 1:26-cv-01450 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The parties shall appear for a conference in this matter on **June 8, 2026**, at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007 to discuss Plaintiffs' non-appearance and Defendants' failure to comply with the Court's recent orders.  *See* Dkts. 4-6.  Defendants shall advise Plaintiffs of this Order.

Plaintiffs' failure to appear at the scheduled conference may result in the dismissal of their case, without further notice, for failure to prosecute.  Defendants' failure to advise Plaintiffs of this Order or appear at the scheduled conference may result in the imposition of sanctions. *See* Dkt. 6.

Dated:  June 5, 2026
           New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge